**FILED**

AUG – 2 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

BRITTANY COOK,
  and
RICKY McDONALD,

          Defendants.

No.

# 4:18CR00649 JAR/NCC

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
**[Possession of Fifteen or More Unauthorized Access Devices]**

On or about July 18, 2018, in the Eastern District of Missouri and elsewhere, the defendants,

**BRITTANY COOK**
**and**
**RICKY McDONALD,**

knowingly and with intent to defraud, possessed fifteen or more unauthorized access devices, to wit, stolen credit cards, said possession affecting interstate and foreign commerce, in that the credit cards were issued by financial institutions operating in interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 2 and 1029(a)(3) and (c)(1)(a)(i).

DATE: _____

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GWENDOLYN E. CARROLL
Assistant United States Attorney

2